89 F.3d 823
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
Gerald M. CIARDELLO, Plaintiff, Appellant,
v.
MAXFLI, a division of Dunlop/Slazinger Corp., Defendant, Appellee.
 No. 96-1130.
 United States Court of Appeals, First Circuit.
 July 16, 1996.
 
 Gerald M. Ciardello on brief pro se.
 Kevin M. Leach, Arthur G. Greene and McLane, Graf, Raulerson & Middleton, Professional Association on brief for appellee.
 Before TORRUELLA, Chief Judge, BOUDIN and LYNCH, Circuit Judges.
 
 PER CURIAM
 
 1
 We have reviewed the parties' briefs and the record on appeal. We affirm essentially for the reasons stated in the district court's order of December 19, 1995.
 
 
 2
 Affirmed.